AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial)<br><br>Bucklo, Elaine E. | 2. Court or Organization<br><br>United States District Court<br>Northern District of Illinois | 3. Date of Report<br><br>May 9, 2006 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge (active status) | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial ___X___ Annual ___ Final<br><br>5b. ___ Amended Report | 6. Reporting Period<br><br>January 1, 2005 -<br><br>December 31, 2005 |
|---|---|---|

| 7. Chambers or Office Address<br><br>219 S. Dearborn Street, Suite 1446<br>Chicago, Illinois 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| X | NONE (No reportable positions.) | |
| 1 | | |
| 2 | | |
| 3 | | |

RECEIVED
2006 MAY 15 A 11:44
FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|

### A. Filer's Non-Investment Income

| | | | |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | |
| 2 | | | $ |
| 3 | | | $ |
| | | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| | NONE (No reportable non-investment income.) | |
| 1 | self-employed therapist | |
| 2 | | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Elaine E. Bucklo | May 9, 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | ☐ NONE (No such reportable reimbursements.) | |
| 1 | National Association of Shareholder and Consumer Attorneys | April 6-8, 2005, Las Vegas, Nevada; panel speaker, "Class Action Settlements and Claims Administration" (transportation, meals, lodging) |
| 2 | American Bar Association | June 23-25, 2005, Quebec City, Canada; *Litigation* Magazine Editorial Board Meeting (transportation, meals, lodging) |
| 3 | American Bar Association | November 3-6, 2005, Austin, Texas; *Litigation* Magazine Editorial Board Meeting (transportation, meals, lodging) |
| 4 | American Bar Association | November 30 - December 1, 2005, Washington, D.C.; Interview Justice Stevens, United States Supreme Court, for *Litigation* Magazine |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | ☒ NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | ☒ NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less     K=$15,001-$50,000     L=$50,001-$100,000     M=$100,001-$250,000
N=$250,001-$500,000     O=$500,001-$1,000,000     P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000     P3=$25,000,001-50,000,000     P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Elaine E. Bucklo | May 9, 2005 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Harris Trust & Savings Bank Chicago, IL | A | int. | J | T | | | | | |
| 2 Mineral interests, ██████████ | A | rent&roy | J | W | | | | | |
| 3 *payors: National Cooperative | | | | | | | | | |
| 4 Refinery Assn.; Plains Marketing, | | | | | | | | | |
| 5 L.P.; and Eaglewing, L.P. | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date  5 - 9 - 06

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
  United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544